

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Gregg S. Garfinkel
Gregg S. Garfinkel
STONE ROSENBLATT & CHA
21550 Oxnard Street, Suite 200
Woodland Hills, CA 91367
(818) 999-2232
ATTORNEYS FOR: Plaintiff, United Van Lines, LLC.



UNITED STATES DISTRICT COURT
NORTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| United Van Lines, LLC, a Limited Liability Company | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 07 6022 |
| v. | |
| Phyllis Besch and Does 1 through 10, inclusive | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for the Plaintiff United Van Lines, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|

(List the names of all such parties and identify their connection and interest.)

United Van Lines, LLC, a Limited Liability Company (Plaintiff)
Phyllis Besch and Does 1 through 10, inclusive (Defendants)
None other than named parties

November 28, 2007
Date

Sign
Gregg S. Garfinkel

Attorney of record for or party appearing in pro per
Plaintiff

CV-30 (12/03)    NOTICE OF INTERESTED PARTIES    CCDCV30