UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United Van Lines, LLC

          Plaintiff(s),

v.

Phyllis Besch and Does 1 through 10, inclusive

          Defendant(s).
_____/

Case No. CV07 6022 WHA

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/14/08

Dated: 2/14/08

UNITED VAN LINES

_____ TIMOTHY BAER,
[Party] Assistant Secretary
        ASSISTANT SECRETARY

_____
[Counsel] ERIC MORRIS

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

NDC-17A

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 21550 Oxnard Street, Main Plaza, Suite 200, Woodland Hills, California.

On February 14, 2008, I served the foregoing document described as: ADR Certification on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Phyllis Besch, *in pro per*
2026 California St.
San Francisco, CA 94109

[x] (BY MAIL) I am familiar with the ordinary business practice of the law firm of Stone, Rosenblatt & Cha for collection and processing of correspondence for mailing with the United States Postal Service at the aforementioned place of business and that the above-entitled document was placed in a sealed envelope and deposited for collection and mailing on the date stated above, following such ordinary practices, and in such manner as to cause it to be deposited with the United States Postal Service that same day, with postage thereon fully prepaid, in the ordinary course of business, addressed as indicated above.

[ ] (BY E-MAIL) I caused such document to be e-mailed to the addressee.

[ ] (BY FACSIMILE TRANSMISSION) I caused such document to be faxed to the addressee.

[ ] (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[ ] (BY EXPRESS MAIL, CCP 1013(c,d) I caused such envelope with postage thereon fully prepaid to be placed in the box regularly maintained by the express service carrier, Federal Express, at 21550 Oxnard Street, Suite 200, Woodland Hills, California, copies of the routing slips attached hereto.

[X] Executed on 2/14/08 at Woodland Hills, California.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Judith Nourse