UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge: WILLIAM ALSUP**

**Date**: March 6, 2008

**Case No:** C 07-06022 WHA

**Case Title**: UNITED VAN LINES v. PHYLLIS BESCH

**Appearances:**

    For Plaintiff(s): Eric Morris

    For Defendant(s): Phyllis Besch (pro per)

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Kathy Wyatt

### PROCEEDINGS

1. Case Management Conference - held

MOTION/MATTER: ( ) Granted
              ( ) Denied
              ( ) Granted in part/Denied in part
              ( ) Taken under submission
              ( ) Withdrawn/Off Calendar
              ( ) Continued to:

Order to be prepared by:     ( ) Plaintiff    ( ) Defendant    (X) Court

### SUMMARY

- Initial disclosures are due 03/14/08; discovery cutoff is 07/31/08; summary judgment motions are due 08/28/08; Pretrial Conference is set for 10/20/08; Bench Trial is set for 11/03/08.