UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VAN LINES LLC,<br><br>           Plaintiff,<br><br>  v.<br><br>PHYLLIS BESCH et al,<br><br>           Defendant. | Case Number: CV07-06022 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Phyllis Besch
2026 California Street
San Francisco, CA 94109

Dated: April 21, 2008

                                            Richard W. Wieking, Clerk
                                            By: Dawn Toland, Deputy Clerk