ALTERNATIVE DISPUTE RESOLUTION PROGRAM
## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

March 21, 2008

Gregg S. Garfinkel
Amy Wintch Lewis
Eric Christopher Morris
Stone Rosenblatt & Cha
21550 Oxnard Street
Main Plaza-Suite 200
Woodland Hills, CA 91367
818-999-2232

Phyllis Besch
2026 California Street
San Francisco, CA 94109
415-563-0708

Re:  United Van Lines, LLC v. Besch
<u>Case No. C 07-06022 WHA MED</u>

Dear Counsel and Ms. Besch :

We have received notification from Honorable William H. Alsup that the referenced case was referred to Mediation on March 12, 2008. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how Mediation can assist you. We would like to schedule this for **March 31, 2008 at 10:00 a.m.** This office will initiate the call. Please call me at 415-522-2059 as soon as possible to confirm your availability and to give me the phone number where you can be reached if different than above.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf