# UNITED STATES DISTRICT COURT

## Northern District of California

| United Van Lines, LLC, | 07-06022 WHA MED |
|---|---|
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Besch, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Margaret Corrigan**
Circuit Mediation Office
U.S. Court of Appeals, Ninth Circuit
95 Seventh St.
P.O. Box 193939
San Francisco, CA 94119
415-355-7905
Margaret_Corrigan@ca9.uscourts.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06022 WHA MED                           - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: April 3, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

United States District Court
Northern District of California