IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED VAN LINES, LLC,

    Plaintiff,

v.

PHYLLIS BESCH,

    Defendant.

No. C 07-06022 WHA

**ORDER RE POSSIBLE RECUSAL**

Plaintiff herein is going to be represented by one of the undersigned's former law clerks, Hank Burgoyne, who clerked here in 1999–2000. If this circumstance causes any other party to desire that another judge preside over the case, then the undersigned will recuse himself so long as any such notice is filed by **MAY 8, 2008**. Please contact Mr. Burgoyne at Kronenberger Hanley LLP, 415-955-1155, with any reasonable requests for further information.

**IT IS SO ORDERED.**

Dated: April 30, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE