**FILED**

JUN 0 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**Northern District of California**

United Van Lines, LLC,

      Plaintiff(s),

    v.

Besch,

      Defendant(s).

No. C 07-06022 WHA MED

**Certification of ADR Session**

*Instructions:* *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) _____6/2/08_____

2. Did the case settle?    ☑ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?  N/A

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☑ YES    ☐ NO

Dated: _____6/2/08_____

_Margaret Corrigan_
**Mediator, Margaret Corrigan**
Circuit Mediation Office
U.S. Court of Appeals, Ninth Circuit
95 Seventh St.
P.O. Box 193939
San Francisco, CA 94119

**Certification of ADR Session**
07-06022 WHA MED