Gregg S. Garfinkel (State Bar No. 156632)
Eric C. Morris (State Bar No. 243425)
**STONE | ROSENBLATT | CHA, PLC**
21550 Oxnard Street, Main Plaza – Suite 200
Woodland Hills, California 91367
Tel: (818) 999-2232
Fax: (818) 999-2269

Attorneys for Plaintiff
UNITED VAN LINES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VAN LINES, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>PHYLLIS BESCH,<br><br>        Defendant. | Case No.: 07-06022 WHA<br>(Assigned for all purposes to Hon. William H. Alsup)<br><br>STIPULATION FOR DISMISSAL OF COMPLAINT AS TO PHYLLIS BESCH AND PROPOSED ORDER THEREON |

TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff, UNITED VAN LINES, LLC, through their counsel of record and Defendant, PHYLLIS BESCH, through her counsel of record that the Defendant, PHYLLIS BESCH, be dismissed with prejudice, pursuant to FRCP 41(a)(1).

///
///
///
///
///

STIPULATION FOR DISMISSAL OF COMPLAINT AS TO PHYLLIS BESCH AND PROPOSED ORDER THEREON

STONE | ROSENBLATT | CHA
A PROFESSIONAL LAW CORPORATION
21550 OXNARD STREET, MAIN PLAZA – SUITE 200
WOODLAND HILLS, CALIFORNIA 91367

1

2   DATED: June 26, 2008         STONE | ROSENBLATT | CHA
                                 A Professional Law Corporation
3

4                      By:       _____
                                 GREGG S. GARFINKEL
5                                ERIC C. MORRIS
6                                Attorney for Plaintiff
                                 UNITED VAN LINES, LLC
7

8

9   DATED: June 26, 2008         KRONENBERGER BURGOYNE, LLP

10                     By:       _____
                                 MARGARITA CALPOTURA
11                               Attorney for Defendant
12                               PHYLLIS BESCH

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION FOR DISMISSAL OF COMPLAINT AS TO PHYLLIS BESCH AND PROPOSED ORDER
THEREON

STONE | ROSENBLATT | CHA
A PROFESSIONAL LAW CORPORATION
21550 OXNARD STREET, MAIN PLAZA – SUITE 200
WOODLAND HILLS, CALIFORNIA  91367

1

2    DATED: June 26, 2008                STONE | ROSENBLATT | CHA
                                         A Professional Law Corporation
3
4                                        By:  _____

5                                        GREGG S. GARFINKEL
                                         ERIC C. MORRIS
6                                        Attorney for Plaintiff
                                         UNITED VAN LINES, LLC
7

8

9    DATED: June ____, 2008              KRONENBERGER BURGOYNE, LLP

10                                       By:  _____

11                                       MARGARITA CALPOTURA
                                         Attorney for Defendant
12                                       PHYLLIS BESCH

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STONE | ROSENBLATT | CHA
A PROFESSIONAL LAW CORPORATION
21550 OXNARD STREET, MAIN PLAZA – SUITE 200
WOODLAND HILLS, CALIFORNIA 91367

STIPULATION FOR DISMISSAL OF COMPLAINT AS TO PHYLLIS BESCH AND PROPOSED ORDER
THEREON

1

## ORDER OF DISMISSAL

2      Premised upon the Stipulation of the Parties in this lawsuit, it is hereby

3   ordered that Plaintiff, UNITED VAN LINES, LLC's Complaint as to PHYLLIS

4   BESCH only, be dismissed with prejudice, pursuant to FRCP 41(a)(1).

5

6   Dated: June ___, 2008          _____

7                                 The Honorable William H. Alsup of the
                                  United States District Court for the
8                                 Northern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STONE | ROSENBLATT | CHA
A PROFESSIONAL LAW CORPORATION
21550 OXNARD STREET, MAIN PLAZA – SUITE 200
WOODLAND HILLS, CALIFORNIA 91367

3

**STIPULATION FOR DISMISSAL OF COMPLAINT AS TO PHYLLIS BESCH AND PROPOSED ORDER THEREON**

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 21550 Oxnard Street, Main Plaza, Suite 200, Woodland Hills, California.

On June 27, 2008, I served the foregoing documents described as:

**STIPULATION FOR DISMISSAL OF COMPLAINT AS TO PHYLLIS BESCH AND PROPOSED ORDER THEREON**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Margarita Calpotura, Esq.
Kronenberger/Burgoyne
150 Post St
Suite 520
San Francisco, CA. 94108
415-355-7905
margarita@kronenbergerlaw.com


[x]     (BY MAIL) I am familiar with the ordinary business practice of the law firm of Stone, Rosenblatt & Cha for collection and processing of correspondence for mailing with the United States Postal Service at the aforementioned place of business and that the above-entitled document was placed in a sealed envelope and deposited for collection and mailing on the date stated above, following such ordinary practices, and in such manner as to cause it to be deposited with the United States Postal Service that same day, with postage thereon fully prepaid, in the ordinary course of business, addressed as indicated above. (to Defendant)

[x]     (BY E-MAIL) I caused such document to be e-mailed to the addressee.

[X]     Executed on June 27, 2008, at Woodland Hills, California.

[]      (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.


_____
Zara Ter-Matevosyan