Gregg S. Garfinkel (State Bar No. 156632)
Eric C. Morris (State Bar No. 243425)
STONE | ROSENBLATT | CHA, PLC
21550 Oxnard Street, Main Plaza – Suite 200
Woodland Hills, California 91367
Tel:  (818) 999-2232
Fax:  (818) 999-2269

Attorneys for Plaintiff
UNITED VAN LINES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VAN LINES, LLC<br><br>    Plaintiff,<br><br>v.<br><br>PHYLLIS BESCH,<br><br>    Defendant. | Case No.: 07-06022 WHA<br>(Assigned for all purposes to Hon. William H. Alsup)<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF COMPLAINT AS TO PHYLLIS BESCH |

## ORDER OF DISMISSAL

Premised upon the Stipulation of the Parties in this lawsuit, it is hereby ordered that Plaintiff, UNITED VAN LINES, LLC's Complaint as to PHYLLIS BESCH only, be dismissed with prejudice, pursuant to FRCP 41(a)(1).

Dated: June ___, 2008

_____
The Honorable William H. Alsup of the
United States District Court for the
Northern District of California

1