UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

UNITED VAN LINES LLC,

        Plaintiff,

  v.

PHYLLIS BESCH et al,

        Defendant.

Case Number: CV07-06022 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Margarita Calpotura, Esq.
150 Post St., Ste. 520
San Francisco, CA 94108

Phyllis Besch
2026 California Street
San Francisco, CA 94109

Dated: July 1, 2008

                                  Richard W. Wieking, Clerk
                                  By: Frank Justiliano, Deputy Clerk